1  MICHELE BECKWITH
   Acting United States Attorney
2  SHELLEY D. WEGER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
6  Attorneys for Defendant

7
                IN THE UNITED STATES DISTRICT COURT
8
                  EASTERN DISTRICT OF CALIFORNIA
9

10 DMITRII GORIUNOV, ET AL.,              CASE NO. 2:25-cv-00776 JAM-CKD

11                 Plaintiffs,
                                          **STIPULATION AND ORDER FOR**
12         v.                             **TEMPORARY ABEYANCE**

13 KIKA SCOTT,

14
                   Defendant.
15

16

17     Defendant respectfully requests to hold this case in temporary abeyance through October 24,

18 2025, and counsel for Plaintiffs does not oppose. In this case, Plaintiffs allege that U.S. Citizenship and

19 Immigration Services ("USCIS") has unreasonably delayed scheduling an interview and adjudicating

20 their pending asylum applications, which they filed in March 2017. USCIS has scheduled plaintiffs'

21 asylum interview for June 26, 2025. The parties anticipate that this lawsuit will be rendered moot once

22 USCIS completes its adjudication of Plaintiffs' applications and USCIS will endeavor to do so within

23 120 days of the completion of the interview.

24 ///

25 ///

26 ///

27 ///

28

The parties therefore stipulate that this matter be held in temporary abeyance through October 24, 2025.  The parties further request that all other filing and case management deadlines be similarly vacated.

Respectfully submitted,

Dated:  May 1, 2025                    MICHELE BECKWITH
                                       Acting United States Attorney

                                 By:   /s/ SHELLEY D. WEGER
                                       SHELLEY D. WEGER
                                       Assistant United States Attorney


                                       /s/ Aleksey Tovarian
                                       ALEKSEY TOVARIAN
                                       Counsel for Plaintiffs


# ORDER

Based on the stipulation of the parties, this matter is **TEMPORARY HELD IN ABEYANCE through October 24, 2025**.  All other filing and case management deadlines are similarly **VACATED**.

IT IS SO ORDERED.

Dated: May 05, 2025                    /s/ John A. Mendez
                                       THE HONORABLE JOHN A. MENDEZ
                                       SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR TEMPORARY ABEYANCE